[Nos. 26251-3-I; 26254-8-I. Division One. May 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC
DARNELL KINCHEN, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 89-1-05852-5, Carmen Otero, J., entered
January 4, 1990. *Affirmed in part* and *reversed in part* by
unpublished opinion per Baker, J., concurred in by Web-
ster, A.C.J., and Agid, J.

[No. 27331-1-I. Division One. May 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL
JOSEPH ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 86-1-01180-8, John F. Wilson, J.,
entered November 6, 1990. *Reversed* by unpublished opinion
per Baker, J., concurred in by Grosse, C.J., and Kennedy, J.

[No. 27675-1-I. Division One. May 4, 1992.]

PATRICIA M. LINDSEY, *Appellant*, v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-09609-9, James A. Noe, J., entered Decem-
ber 14, 1990. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Webster, A.C.J., and Baker, J.